ALBERT M. LEVERT, Respondent, v. CENTRAL SCHOOL DISTRICT No. 6, TOWN OF HUNTINGTON, Appellant.— In an action for a declaratory judgment and to enjoin the defendant from transferring pupils of any grade below the seventh from a school in a former individual district to another school in a different district, the defendant appeals from so much of an order of the Supreme Court, Suffolk County, entered January 7, 1960, as denied defendant's motion (1) to dismiss the complaint on the ground of legal insufficiency (Rules

Civ. Prac., rule 106), and (2) to have the court decline to pronounce a declaratory judgment (Rules Civ. Prac., rule 212). Order insofar as appealed from affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.